## Noreika *v.* Medical Service Association of Pennsylvania, Appellant.

Argued June 13, 1967. *William H. Wood,* with him *Metz-*

*ger, Hafer, Keefer, Thomas & Wood,* for appellant; *Anthony A. Lawrence,* for appellee.

Judgment affirmed.

ERVIN, P. J., dissented.

WRIGHT, J., absent.